FILED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. David Platek, DEFENDANT(S). | CASE NUMBER 2:25-mj-4614 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __7/30/2025__, at __10:00__ ☒ a.m. / ☐ p.m. before the Honorable __J. Choolijian__, in Courtroom __640__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/24/2025__          _____
                              U.S. District Judge/Magistrate Judge